IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-362-D

| | | |
|---|---|---|
| MORIBA SIDIBEH, and<br>SHEILA FOSTER SIDIBEH, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | **ORDER** |
| SHAPIRO & INGLE, L.L.P., et al., | )<br>)<br>) | |
| Defendants. | ) | |

On July 7, 2011, Moriba Sidibeh and Sheila Foster Sidibeh ("plaintiffs") filed a pro se complaint against Shapiro & Ingle, L.L.P., BancBoston Mortgage Corporation, Seay, Titchener & Horne, U.S. Bank National Association, Grady I. Ingle, Elizabeth B. Ells, China Brown, John Kennenty, and Does 1 through 100 inclusive ("collectively defendants") [D.E. 1]. On August 29, 2011, U.S. Bank filed a motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure [D.E. 12]. On September 1, 2011, Shapiro & Ingle, L.L.P., Grady I. Ingle, and Elizabeth B. Ells filed a motion to dismiss pursuant to Rules 9(b), 12(b)(4), 12(b)(5), and 12(b)(6) of the Federal Rules of Civil Procedure [D.E. 14]. Plaintiffs did not respond to the motions to dismiss.

The court has reviewed the motions to dismiss and supporting memoranda [D.E. 13, 15]. The court also has reviewed the governing federal and state law. The motions [D.E. 12, 14] are GRANTED and the claims against the moving defendants are DISMISSED without prejudice.

SO ORDERED. This _2_ day of November 2011.

JAMES C. DEVER III
Chief United States District Judge